**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **EDISON WATSON L.L.C.**, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>**IMPOSSIBLE VENTURES, L.L.C.,** an Illinois limited liability company,<br><br>    Defendant. | **REPORT OF ALTERNATIVE DISPUTE RESOLUTION**<br><br>Civil Case No. 1:14-cv-00325-LY<br><br>Judge Lee Yeakel |

Plaintiff Edison Watson LLC ("Edison Watson") provides the following report on alternative dispute resolution pursuant to the Scheduling Order entered by the Court and in compliance with Local Rule CV-88.  *See* Dkt. 18.[1]

Pursuant to Local Rule CV-88, the parties are required to provide a report (1) addressing the status of settlement negotiations, (2) disclosing the identity of the person responsible for settlement negotiations for each party, and (3) evaluating whether alternative dispute resolution is appropriate in the case, and if so, (4) identifying both the method of ADR and the provider they have selected, the method by which the provider was selected, and how the provider will be compensated.

In response, Edison Watson states the following:  (1) Settlement negotiations are ongoing and, until recently, have been productive.  The parties are both interested in settling this matter and have had several discussions regarding settlement that appeared to be leading to a resolution

---

[1] As noted in the Scheduling Order, the original deadline for filing this report was May 24, 2015. The parties agreed, by email stipulation on June 1, 2015, to change the deadline to June 24, 2015.

of this matter.  However, Defendant Impossible Ventures, LLC ("Impossible Ventures") recently has gone silent.  It has not responded to Edison Watson's formal settlement offer, sent on May 20, 2015, nor has it answered Edison Watson's discovery requests, sent on April 1, 2015.  In the absence of responsive information from Impossible Ventures that would allow settlement, settlement discussions have stalled.[2]  (2) Ginger Utley is responsible for settlement negotiations on behalf of Edison Watson.  Kyle Durand is responsible for settlement negotiations on behalf of Impossible Ventures.  (3) The parties have conferred only cursorily regarding the appropriateness of ADR.  However, Edison Watson does not believe this matter is appropriate for resolution by ADR.  It seeks to pursue this case through formal litigation with the Court.

Dated this 24th day of June 2015.

HOLLAND & HART LLP

/s/  Mark A. Miller
Mark A. Miller
Ginger Utley
HOLLAND & HART LLP
222 S. Main St., Ste. 2200
Salt Lake City, UT 84101

---

[2] In an attempt to keep the case moving forward toward resolution, on June 23, 2015, Edison Watson filed a Motion to Compel and to Extend Discovery, to compel Impossible Ventures to respond to Edison Watson's discovery requests and settlement offer.  *See* Dkt. 23.

2

7823561_1.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of June 2015, a true and correct copy of the foregoing **PLAINTIFF EDISON WATSON'S REPORT OF ALTERNATIVE DISPUTE RESOLUTION** was served on all counsel of record, via email, as follows:

*Attorneys for Defendants*

Kyle Durand
PRECEPT LAW GROUP PLLC
8201 164th Ave. NE, Suite 200
Redmond, WA 98052
kdurand@preceptlaw.com


/s/ Mark A. Miller
Mark A. Miller (*pro hac vice*); Utah Bar No. 9563
mmiller@hollandhart.com
**HOLLAND & HART, LLP**

3

7823561_1.doc