United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Miller, Mark A. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, July 24, 2015 |
| Re: | 01:14-CV-00325-LY / Doc # 30 / Filed On: 07/23/2015 04:25 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other

  Remarks: Proposed order required.  DO NOT re-file entire document.  Please file ONLY the proposed order using the "Attachment" event from menu (located under "Other Documents") and link the proposed order to the Motion.