**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN, TEXAS**

| | | |
|---|---|---|
| Edison Watson, LLC | § | |
| | § | |
|     Plaintiff and Counter-Defendant, | § | |
| | § | |
| v. | § | |
| | § | Cause No. 1:14-CV-00325-LY |
| Impossible Ventures, LLC | § | |
| | § | |
|     Defendant and Counter Plaintiff | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

NOW COMES, Impossible Ventures, LLC, Defendant and Counter-Plaintiff in the above-styled case, and files this Notice of Appearance of Additional Counsel.  Impossible Ventures, LLC, will now also be represented in this proceeding by the following additional counsel:

> J. Stephen Ravel
> State Bar No. 16584975
> Steve.Ravel@kellyhart.com
> Diana L. Nichols
> State Bar No. 00784682
> Diana.Nichols@kellyhart.com
> **KELLY HART & HALLMAN LLP**
> 303 Colorado Street, Suite 2000
> Austin, TX  78701
> (512) 495-6400
> (512) 495-6401 (FAX)

David E. Weslow (*pro hac vice pending*)
D.C. Bar No. 480713
DWeslow@wileyrein.com
Robert Scheffel (*pro hac vice pending*)
D.C. Bar No. 489490
RScheffel@wileyrein.com
Ari Meltzer (*pro hac vice pending*)
D.C. Bar No. 1003666
AMeltzer@wileyrein.com
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
(202) 719-7525
(202) 719-7049 (FAX)

DATE: September 25, 2015                    Respectfully submitted

Kyle P. Durand (*pro hac vice*)
Washington State Bar No. 38582
**PRECEPT LAW GROUP, PLLC**
8201 164th Ave. NE
Redmond, WA  98052
(425) 956-3494
(866) 265-7238 (FAX)

David E. Weslow (*pro hac vice pending*)
D.C. Bar No. 480713
DWeslow@wileyrein.com
Robert Scheffel  (*pro hac vice pending*)
D.C. Bar No. 489490
RScheffel@wileyrein.com
Ari Meltzer  (*pro hac vice pending*)
D.C. Bar No. 10036666
AMeltzer@wileyrein.com
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
(202) 719-7525
(202) 719-7049 (FAX)

**KELLY HART & HALLMAN LLP**
303 Colorado Street, Suite 2000
Austin, TX  78701
Tel  512.495.6400
Fax 512.495.6401


BY:       */s/ J. Stephen Ravel*
          J. STEPHEN RAVEL
          State Bar No. 16584975
          Steve.Ravel@kellyhart.com
          Diana L. Nichols
          State Bar No. 00784682
          Diana.Nichols@kellyhart.com


**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF, IMPOSSIBLE VENTURES, LLC**


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 25, 2015, the foregoing was electronically filed with

the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the

below attorney of record:

Mark A. Miller
mmiller@hollandhart.com
Ginger Utley
gutley@hollandhart.com
HOLLAND & HART LLP
222 S. Main St., Suite 2200
Salt Lake City, UT  84101


          */s/ J. Stephen Ravel*
          J. Stephen Ravel