UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **EDISON WATSON L.L.C.**, a Delaware limited liability company,<br><br>　　　Plaintiff,<br><br>vs.<br><br>**IMPOSSIBLE VENTURES, L.L.C.,** an Illinois limited liability company,<br><br>　　　Defendant. | **PLAINTIFF EDISON WATSON'S DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS**<br><br>Civil Case No. 1:14-cv-00325-LY<br><br>Judge Lee Yeakel |

　　　Plaintiff Edison Watson, LLC ("Edison Watson") hereby makes the following designation of potential witnesses, testifying experts, and proposed exhibits. Plaintiff's designations are made without waiving, in any way: (1) any claim of privilege or work product; (2) the right to object on the grounds of competency, relevancy and materiality, hearsay, or any other proper ground, to the use of any such information, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (3) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these designations.

**I.　DESIGNATION OF POTENTIAL WITNESSES**

　　　**Jonathan Coon (President, Edison Watson, LLC)**

　　　Mr. Coon has information concerning the Edison Watson's IMPOSSIBLE VENTURES trademark (the "Mark"), including the conception, design, adoption, application for, and use of the Mark. He also has information concerning Defendant Impossible Ventures LLC's (Impossible Ventures) infringing use of the mark and confusion that has occurred as a result.

**Walt Roloson (Vice-President, Edison Watson, LLC)**

Mr. Roloson has information concerning the Edison Watson's IMPOSSIBLE VENTURES trademark (the "Mark"), including the conception, design, adoption, application for, and use of the Mark. He also has information concerning Defendant Impossible Ventures' (Impossible Ventures) infringing use of the mark and confusion that has occurred as a result.

**Joel Runyon (Owner/Manager, Impossible Ventures LLC)**

Mr. Runyon is expected to be knowledgeable about Defendant's infringing use of the Mark.

## II.   DESIGNATION OF TESTIFYING EXPERTS

Plaintiff does not intend to present any expert testimony in its case in chief on any substantive issues of liability.

## III.   DESIGNATION OF PROPOSED EXHIBITS

| Exhibit No. | Bates Number Range | Description |
|---|---|---|
| 1 | EDISON00001-008 | Edison Watson File History of TM Registration for IMPOSSIBLE VENTURES |
| 2 | EDISON00009-011 | Evidence of confusion |
| 3 | EDISON00012 | Domain name receipt from Godaddy re: ImpossibleVentures.com |
| 4 | EDISON00013 | Evidence of confusion |
| 5 | EDISON00014 | Call note between Edison Watson & Joel Runyon re: infringement |
| 6 | EDISON00015 | Edison Watson Advertising piece (coffee cup slips) |
| 7 | EDISON00016-17 | Edison Watson advertising at Data Day |
| 8 | EDISON00018 | Edison Watson Data Day schedule |
| 9 | EDISON00019-21 | Impossible Ventures Facebook |
| 10 | EDISON00022-25 | Impossible Ventures Blog, 7-14-15 |
| 11 | EDISON00026-27 | Paleo Guide, 7-14-15 |
| 12 | EDISON00028-29 | Impossible.Venture.net homepage, 7-14-15 |
| 13 | EDISON00030-33 | Impossible Ventures Apps, 7-14-15 |
| 14 | EDISON00034-38 | AngelList, 7-14-15 |
| 15 | EDISON00039-41 | Amazon (showing Impossible Ventures books for |

8445269_1.docx

| Exhibit No. | Bates Number Range | Description |
|---|---|---|
|  |  | sale), 7-14-15 |
| 16 | EDISON00042 | GooglePlus, 7-14-15 |
| 17 | EDISON00043-44 | Instagram, 7-14-15 |
| 18 | EDISON00045 | Wayback image ImpossibleVentures.net, 10-2014 |
| 19 | EDISON00046 | Wayback image of ImpossibleHQ.com/agency, 1-15-2013 |
| 20 | EDISON00047 | Wayback image of ImpossibleHQ.com/agency, 1-15-2013 |
| 21 | EDISON00048 | Wayback image of impossiblestore, 1-15-2013 |
| 22 | EDISON00049-50 | Quora posting |
| 23 | IMPOSSIBLE000020-22 | Impossible Ventures P&L (Jan. 2011- July 2015) |
| 24 | IMPOSSIBLE1327-30 | Article/ advertisement by Joel Runyon, 10-14-15 |
| 25 | IMPOSSIBLE2722 | Email to Joel Runyon, 4-17-13 |

Dated this 1st day of February, 2016.

       HOLLAND & HART LLP

       /s/  Mark A. Miller
       Mark A. Miller
       Ginger Utley
       HOLLAND & HART LLP
       222 S. Main St., Ste. 2200
       Salt Lake City, UT 84101

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of February, 2016, a true and correct copy of the foregoing **PLAINTIFF EDISON WATSON'S DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS** was served on all counsel of record, via email, as follows:

> *Attorneys for Defendants*
>
> David E. Weslow
> WILEY REIN LLP
> 1776 K. St. NW
> Washington, DC 20006
> DWeslow@WileyRein.com
>
> Ari Meltzer
> WILEY REIN LLP
> 1776 K. St. NW
> Washington, DC 20006
> AMeltzer@WileyRein.com
>
> Robert Scheffel
> WILEY REIN LLP
> 1776 K. St. NW
> Washington, DC 20006
> RScheffel@WileyRein.com
>
>
> /s/ Mark A. Miller
> Mark A. Miller (*pro hac vice*); Utah Bar No. 9563
> mmiller@hollandhart.com
> **HOLLAND & HART, LLP**

8445269_1.docx