**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **EDISON WATSON L.L.C.**, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**IMPOSSIBLE VENTURES, L.L.C.,** an Illinois limited liability company,<br><br>Defendant. | **STIPULATED DISMISSAL OF COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Civil Case No. 1:14-cv-00325-LY<br><br>Judge Lee Yeakel<br>Magistrate Judge Andrew W. Austin |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Edison Watson, L.L.C. and Defendant Impossible Ventures LLC (collectively the "Parties"), by counsel, hereby stipulate that the Complaint and the Counterclaims (including all claims and counterclaims asserted by either Party in this matter) be, and hereby are, dismissed with prejudice. The Parties shall bear their own costs and attorneys' fees in connection with the action.

Dated this 29th day of February 2016.

SO STIPULATED,

| | |
|---|---|
| HOLLAND & HART LLP | WILEY REIN LLP |
| /s/ Mark A. Miller<br>Mark A. Miller<br>Ginger Utley<br>HOLLAND & HART LLP<br>222 S. Main St., Ste. 2200<br>Salt Lake City, UT 84101<br>*Counsel for Plaintiff* | /s/ David E. Weslow<br>David E. Weslow<br>Robert Scheffel<br>Ari S. Meltzer<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of February 2016 a true and correct copy of the foregoing was served on all counsel of record, via email, as follows:

*Attorneys for Defendants*

Ari Meltzer
WILEY REIN LLP
1776 K. St. NW
Washington, DC 20006
AMeltzer@WileyRein.com

Robert Scheffel
WILEY REIN LLP
1776 K. St. NW
Washington, DC 20006
RScheffel@WileyRein.com

David E. Weslow
WILEY REIN LLP
1776 K. St. NW
Washington, DC 20006
DWeslow@WileyRein.com

/s/ Mark A. Miller
Mark A. Miller (*pro hac vice*); Utah Bar No. 9563
mmiller@hollandhart.com
**HOLLAND & HART, LLP**